## 66306. LUCK et al. v. THE STATE.

BANKE, Presiding Judge.

In accordance with the decision of the Supreme Court in *State v. Luck*, 252 Ga. 347 (312 SE2d 791) (1984), the prior decision of this court reported at 168 Ga. App. 464 (309 SE2d 621) (1983), is vacated, and the judgment of the trial court is hereby affirmed.

*Judgment affirmed. McMurray, C. J., Deen, P. J., Quillian, P. J., Birdsong, Carley, Sognier, Pope, and Benham, JJ., concur.*

DECIDED APRIL 20, 1984.

*Jane Kent-Plaginos*, for appellants.
*Rafe Banks III, District Attorney*, for appellee.